```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>SOKHA BHOPAL,<br><br>          Defendant. | 1:08-CR-0361 OWW<br><br>STIPULATION RE:<br>CONTINUANCE AND ORDER |

Defendant SOKHA BHOPAL, by and through his attorney, JOHNNY GRIFFIN, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1.  The parties to the above-captioned matter agree to vacate the December 28, 2009, date for the filing of motions in limine and January 7, 2010, date for the filing of responses and reset the date for the filing of motions in limine on January 11, 2010, and the filing of responses on January 18, 2010.  The parties

further agree that the trial confirmation and hearing on motions in limine will remain on January 25 at 1:30 p.m.

2. The parties stipulate that the continuance is necessitated by the government's attorney's unavailability due to her "use or lose" leave status and by the defense desire to further plea discussions.

3. Time has already been excluded to and through the trial date of February 2, 2010.

DATED: December 29, 2009                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            By: /s/ Karen A. Escobar
                                              KAREN A. ESCOBAR
                                              Assistant U.S. Attorney


                                             /s/ Johnny Griffin
                                            JOHNNY GRIFFIN
                                            Attorney for Defendant
                                            SOKHA BHOPAL

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current date for the filing of motions in limine shall be continued to January 11, 2010, and the date for the filing of any responses thereto shall be continued to January 18, 2010.

IT IS SO ORDERED.

**Dated:   December 30, 2009**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

2