**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (SBN 118694)
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Sokha Bhopal

## IN THE UNITED STATES DISTRICT
## COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Sokha Bhopal, et al<br><br>Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 1:08-cr-361-OWW

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**

**DATE:  January 20, 2010**

**TIME:  12:00 p.m.**

Hon. **Oliver W. Wanger**

        Defendant, by and through his undersigned counsel, Johnny L. Griffin, III and the

United States of America, through Assistant United States Attorney, Karen A. Escobar, hereby

request the court to calendar a status conference in the above captioned case for January 20,

2010 at 12:00 p.m. [1]

///

///

///

---

[1] The parties have been advised by this Court's Clerk that January 20, 2010 at 12:00 p.m. is an available date and time for a status conference on this matter.

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

1       This calendering request is made in connection with Defendant's desire to seek a second

2 opinion regarding the Government's written plea offer.

4       Dated:  January 12, 2010          ss// Johnny L. Griffin, III_____

5                                        JOHNNY L. GRIFFIN, III
Attorney at Law

7

8       Dated:  January 12, 2010          ss// Karen A. Escobar [2]
KAREN A. ESCOBAR

9                                          Assistant United States Attorney

11                              ORDER

12 Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts

13 the stipulation of the parties in its entirety as its order.  The above captioned matter has been

14 calendared for a status conference on January 20, 2010.

16 **IT IS SO ORDERED.**

18       Dated:  _January 12, 2010___      __/s/ OLIVER W. WANGER_____
Hon. Oliver W. Wagner

19                                  United States District Judge

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

---

[2] Assistant United States Attorney Karen A. Escobar has telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.