**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
SOHKA BHOPAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:08-CR-00361-01 OWW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION RE:** |
| | **CONTINUANCE OF SENTENCING** |
| SOHKA BHOPAL, | |
| Defendant. | **And** |
| | **O R D E R** |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for June 28, 2010, at 9:00 a.m. be continued to **July 26, 2010, at 9:00 a.m.** before the Honorable OLIVER W. WANGER.

This request is based upon the fact that counsel did not see the Presentence Investigation Report until after he returned from being out of town on June 1, 2010. He was only able to meet with his client on June 5, 2010. Based upon the recommendation by the Probation Office and the apparent inconsistencies in terms of the facts, events, and conduct recited. It is necessary to have time to properly present the true circumstances of this

case.

Counsel has also found out that the Court had not set a schedule for Informal and Formal Objections for the Presentence Investigation Report.  Therefore, it is requested that this Court set such a schedule to be followed by all counsel prior to the sentencing.

Counsel's staff has been in touch with Ms. Karen Escobar of the United States Attorney's Office, who has no objection to such a continuance.

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

DATED: June 10, 2010.

          NUTTALL & COLEMAN

          By:  /s/ Roger T. Nuttall
          ROGER T. NUTTALL
          Attorneys for Defendant
          Sohka Bhopal

DATED: June 10, 2010

          By: /s/ Karen Escobar
          KAREN ESCOBAR
          Assistant U.S. Attorney

# O R D E R

Good cause appearing,

**IT IS ORDERED** that the Sentencing currently scheduled on June 28, 2010, at 9:00 a.m. is continued to **July 26, 2010 at 9:00 a.m.**

**The Informal Objections are due**:

**The Formal Objections are due**:

IT IS SO ORDERED.

**Dated:   June 10, 2010**                      /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE