(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Defendant,
SOHKA BHOPAL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**\* \* \* \* \* \* \***

| UNITED STATES OF AMERICA, | Case No.: 1:08-CR-00361-01 OWW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION RE:** |
| SOHKA BHOPAL, | **CONTINUANCE OF SENTENCING** |
| Defendant. | **And** |
| | **O R D E R** |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for July 26, 2010, at 9:00 a.m. be continued to **August 30, 2010, at 9:00 a.m.** before the Honorable OLIVER W. WANGER.

This request is based upon the fact that there exist a number of factual assertions which have been made in the Probation Department's Report which need to be properly addressed and countered.  Counsel is in the process of conducting additional investigation into factual matters which have been made and which need to be addressed.

Counsel's staff has been in touch with Ms. Karen Escobar of

the United States Attorney's Office, who has no objection to such a continuance.

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

DATED: July 22, 2010.

                                      NUTTALL & COLEMAN

                                      By: /s/ Roger T. Nuttall
                                              ROGER T. NUTTALL
                                              Attorneys for Defendant
                                              Sohka Bhopal

DATED: July 22, 2010

                                      By: /s/ Karen Escobar
                                              KAREN ESCOBAR
                                              Assistant U.S. Attorney

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# **O R D E R**

Good cause appearing,

**IT IS ORDERED** that the Sentencing currently scheduled on July 26, 2010, at 9:00 a.m. is continued to **August 30, 2010, at 9:00 a.m.**

The Informal Objections are due:August 5,2010.
The Formal Objections are due: August 20, 2010.

IT IS SO ORDERED.

**Dated:   July 22, 2010**                    /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE