(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
SOHKA BHOPAL

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| UNITED STATES OF AMERICA, | Case No.: 1:08-CR-00361-01 OWW |
|---|---|
| Plaintiff, | |
| vs. | **O R D E R** |
| SOHKA BHOPAL, | |
| Defendant. | |

On October 4, 2010, the parties appeared before this court.

Good cause appearing, the court orders a limited lifting of the previously ordered sealing of the Davinder Singh Transcript so as to allow counsel for Defendant Bhopal, Roger T. Nuttall, only, to review said transcript in order that he may be prepared at Sentencing to address any issues which may arise. The contents of said transcript are not to be communicated to any other party, including Defendant Bhopal.

IT IS SO ORDERED.

**Dated:   October 18, 2010**         /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE