**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
SOHKA BHOPAL

`**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:08-CR-00361-01 OWW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION RE:** |
| | **CONTINUANCE OF SENTENCING** |
| SOHKA BHOPAL, | |
| Defendant. | And |
| | **O R D E R** |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for Monday, November 8, 2010, at 9:00 a.m. be continued to **November 15, 2010, at 9:00 a.m.** before the Honorable OLIVER W. WANGER.

This request is based upon the fact that counsel has just received a copy of Davinder Singh's Sentencing Transcript for review.  It is the intention of counsel herein to file a Sentencing Memorandum prior to Sentencing on November 15th.  Counsel herein also plans on discuss with Assistant U. S. Attorney, KAREN ESCOBAR, the parameters of a plea agreement in terms of the prospect of Sentencing.

1  Counsel herein needs, and respectfully requests, this
2  additional time within which to accomplish above goals prior to
3  Sentencing.
4  Counsel's staff has been in touch with Ms. Karen Escobar of
5  the United States Attorney's Office, who has no objection to such
6  a continuance.
7  It is your Declarant's opinion that a continuance such as
8  requested shall not prejudice any party concerned with this
9  matter.
10  DATED: October 27, 2010.
11                                  NUTTALL & COLEMAN
12                                  By: /s/ Roger T. Nuttall
                                        ROGER T. NUTTALL
13                                      Attorneys for Defendant
                                        Sohka Bhopal
14
15  DATED: October 27, 2010.
16
17                                  By: /s/ Karen Escobar
                                        KAREN ESCOBAR
18                                      Assistant U.S. Attorney

# **O R D E R**

Good cause appearing,

**IT IS ORDERED** that the Sentencing currently scheduled on November 8, 2010, at 9:00 a.m. is continued to **November 15, 2010, at 9:00 a.m.**

IT IS SO ORDERED.

**Dated:   October 27, 2010**                    **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE