**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
SOHKA BHOPAL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>SOHKA BHOPAL,<br><br>    Defendant. | Case No.: 1:08-CR-00361-01 OWW<br><br>**STIPULATION RE:**<br>**CONTINUANCE OF SENTENCING**<br><br>**And**<br><br>**O R D E R** |

    **IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for November 15, 2010, at 9:00 a.m. be continued to **November 29, 2010, at 9:00 a.m.** before the Honorable OLIVER W. WANGER.

    Counsel requests this additional time to prepare and file the necessary pleadings timely.

    In addition, counsel requests this time to accommodate Mrs. Kulwinder Bhopal who wishes to be present at the Sentencing and requests that a firm date be set in order for her not to lose money by canceling her flights due to further continuances.

    Mrs. Bhopal also wishes to visit her ailing father in India

1  right after the Sentencing.  She needs to purchase her airline
2  tickets in advance to save money.  A firm date would allow her to
3  purchase her flight tickets at a great savings.
4      Counsel's staff has been in touch with Ms. Karen Escobar of
5  the United States Attorney's Office, who has no objection to such
6  a continuance so long as it stays the date of filing of the
7  Government's response.
8      It is your Declarant's opinion that a continuance such as
9  requested shall not prejudice any party concerned with this
10 matter.
11     Counsel herein is hopeful that the instant request does not
12 inconvenience the court, and is thankful to the court for its
13 understanding and kind consideration.
14     DATED: November 4, 2010.

                                    NUTTALL & COLEMAN

                                    By:  /s/ Roger T. Nuttall
                                         ROGER T. NUTTALL
                                         Attorneys for Defendant
                                         Jasdev Singh

19     DATED: November 4, 2010.

                                    By: /s/ Karen Escobar
                                        KAREN ESCOBAR
                                        Assistant U.S. Attorney

**O R D E R**

Good cause appearing,

**IT IS ORDERED** that the Sentencing currently scheduled on November 15, 2010, at 9:00 a.m. is continued to **November 29, 2010 at 9:00 a.m.**

IT IS SO ORDERED.

**Dated:   November 5, 2010**            /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE