BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-CR-00361 OWW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION RE: |
| ) | CONTINUANCE AND ORDER |
| SOKHA BHOPAL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Defendant SOKHA BHOPAL, by and through his attorney, ROGER T. NUTTALL, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1.  The parties to the above-captioned matter agree to vacate the January 10, 2011, sentencing date and reset the matter for February 28, 2011, at 9:00 a.m.

    2.  The parties stipulate that the continuance is necessitated by the government's need to adequately respond to the defendant's 48 page sentencing memorandum filed herein January 4.

1

2011.

DATED: January 5, 2011                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            By: /s/ Karen A. Escobar
                                               KAREN A. ESCOBAR
                                            Assistant U.S. Attorney


                                              /s/ Roger Nuttall
                                              ROGER NUTTALL
                                              Attorney for Defendant
                                              SOKHA BHOPAL

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing date of January 10 is hereby vacated and is reset for February 28, 2011, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   January 5, 2011**                    /s/ Oliver W. Wanger
                                                       UNITED STATES DISTRICT JUDGE