**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant, SOKHA BHOPAL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:08-CR-00361 OWW |
|---|---|
| Plaintiff, | **NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER THEREON** |
| vs. | |
| SOKHA BHOPAL, | [U.S.C.D. Local Rule 141] |
| Defendant. | |

TO: THE HONORABLE OLIVER W. WANGER, UNITED STATES DISTRICT COURT JUDGE, AND TO THE UNITED STATES ATTORNEY'S OFFICE, BY AND THROUGH ITS REPRESENTATIVE, KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

Defendant, through his attorney, ROGER T. NUTTALL, of the Law offices of NUTTALL & COLEMAN, hereby request that the Sentencing Memorandum of the Defendant herein be filed "UNDER SEAL."

The reason for this request is that the Plea Agreement was filed "under seal" due to sensitive materials as related to the Plea. The Sentencing Memorandum is requested to be filed under seal due to the fact that it addresses the same sensitive issues which are contained in the Plea Agreement.

The duration of this Request Under Seal shall be through the conclusion of the case.

The name(s) permitted to have access to this document shall be the Office of the United States Attorney, as well as the United States Probation Office.

DATED: January 3, 2011.

                                         Respectfully submitted,

                                         NUTTALL & COLEMAN

                                         /s/ Roger T. Nuttall
                                         _____
                                         ROGER T. NUTTALL,
                                         Attorney for Defendant
                                         SOKAH BHOPAL

***************

# **O R D E R**

Good cause appearing,

**IT IS ORDERED** that the Sentencing Memorandum be filed under seal.

DATED: January 11, 2011.      /s/ OLIVER W. WANGER
                                       United States District Judge