```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-CR-00361 OWW |
| Plaintiff, ) | |
| v. ) | STIPULATION RE: |
| SOKHA BHOPAL, ) | CONTINUANCE AND ORDER |
| Defendant. ) | |

Defendant SOKHA BHOPAL, by and through his attorney, ROGER T. NUTTALL, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1. The parties to the above-captioned matter agree to vacate the February 28, 2011, sentencing date and reset the matter for March 14, 2011, at 9:00 a.m.

    2. The parties stipulate that the continuance is necessitated by the government's attorney's unavailability. AUSA ESCOBAR has jury duty scheduled to commence on that day.

///

1

```
DATED: February 23, 2011              Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      By: /s/ Karen A. Escobar
                                         KAREN A. ESCOBAR
                                         Assistant U.S. Attorney


                                       /s/ Roger Nuttall
                                       ROGER NUTTALL
                                       Attorney for Defendant
                                       SOKHA BHOPAL
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing date of February 28 is hereby vacated and is reset for March 14, 2011, at 9:00 a.m.     IT IS SO ORDERED.

**Dated:   February 25, 2011**           /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE