1  **ROGER T. NUTTALL  #42500**
   **NUTTALL & COLEMAN**
2  2445 Capitol Street, Suite 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR Defendant,
   SOHKA BHOPAL
6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10                    * * * * * * * *

11 | UNITED STATES OF AMERICA, | Case No.: 1:08-CR-00361-01 OWW
12 | Plaintiff, | **EX-PARTE REQUEST TO UNSEAL THE RECORDS IN ORDER TO OBTAIN A COPY OF DEFENDANT, SOHKA BHOPAL'S, SENTENCING TRANSCRIPT AND**
13 | vs. |
14 | SOHKA BHOPAL, |
15 | Defendant. | **O R D E R**

16

17     The Sentencing in the above matter was held on March 14, 2011.

18     Attorney for Defendant, Sohka Bhopal, wishes to obtain a copy of the transcript

19 of the Sentencing Hearing in order to review it as to certain orders made by the court

20 which have not been included in the Judgment, in accordance with counsel for

21 Defendant recollection.

22     DATED:   August 2, 2011.

23                              Respectfully,

24                              NUTTALL COLEMAN & WILSON

25

26                              By:    /s/  Roger T. Nuttall

27                                     ROGER T. NUTTALL

28

# **O R D E R**

Good cause appearing,

The court orders a limited lifting of the previously sealing order of Defendant, SOHKA BHOPAL's record in order to obtain a copy of the Sentencing Transcript for review by his attorney, ROGER T. NUTTALL, <u>only</u>.

The contents of said Sentencing Transcript are not to be communicated to any other party to this action.

IT IS SO ORDERED.

**Dated:   August 8, 2011**                    **/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**NUTTALL & COLEMAN**
2333 MERCED STREET, SUITE 101
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900